**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**HILDILSA MARTINEZ,**

      **Petitioner,**

**vs.**                                                                       **Case No. 4:07cv67-WS/WCS**

**WARDEN PAIGE AUGUSTINE,**

      **Respondent.**

                              **/**

**REPORT AND RECOMMENDATION TO DISMISS § 2241 PETITION**

      Petitioner filed a 28 U.S.C. § 2241 petition for writ of habeas corpus.  Docs. 1
(petition) and 2 (memorandum).  Petitioner  sought credit for the time she was detained
in the Dominican Republic awaiting extradition, from December 4, 2002, to June 16,
2003.  Doc. 1, p. 6.

Respondent filed a motion to dismiss the petition as moot.  Doc. 13.  On review

of the § 2241 petition it was determined by the Bureau of Prisons (BOP) that Petitioner

was entitled to credit for this period of custody, and her sentence has been recalculated

for a projected release date of March 1, 2008.  Doc. 13, Ex. 1.  This earlier release date

is confirmed by reference to the website for the BOP.

Petitioner was given the opportunity to reply to the answer or other pleading filed

by the Government.  Doc. 11, p. 2.  She has not replied, and it appears that she has

been awarded the relief sought pursuant to § 2241.

It is therefore respectfully **RECOMMENDED** that the motion to dismiss (doc. 13)

be **GRANTED**, and the § 2241 petition be summarily **DISMISSED AS MOOT**.

**IN CHAMBERS** at Tallahassee, Florida, on August 8, 2007.


 S/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:07cv67-WS/WCS