IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HILDILSA MARTINEZ,

       Petitioner,

v.                                                    4:07cv67-WS

WARDEN PAIGE AUGUSTINE,

       Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       Before the court is the magistrate judge's report and recommendation docketed August 8, 2007.  See Doc. 14.  The magistrate judge recommends that the respondent's motion to dismiss (doc. 13) be granted and that the petitioner's petition for writ of habeas corpus (doc. 1) be dismissed as moot.  No objections have been filed.

       Having carefully considered the record, this court has determined that the recommendation should be adopted.

       Accordingly, it is ORDERED:

       1.  The magistrate judge's report and recommendation (doc. 14) is hereby ADOPTED and incorporated by reference in this order of the court.

2. The respondent's motion to dismiss (doc. 13) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as moot.

4. The Clerk is directed to enter judgment accordingly.

DONE AND ORDERED this __4th__ day of __September__, 2007.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE